**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 6:13-bk-7781-CCJ |
| | ) | |
| PARKER BROS., INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

The Debtor, PARKER BROS., INC. ("Parker Bros." or "Debtor"), hereby files its Chapter 11 Case Management Summary and states as follows:

### I.   Description of the Debtor's Business

Parker Bros., Inc., a Florida corporation, is a real estate acquisition company that was initially incorporated on May 4, 1998. Robert J. Parker ("Robert") owns fifty percent (50%) of the outstanding stock in Parker Bros. and Janis J. Parker ("Janis") owns the remaining fifty percent (50%) interest. Parker Bros. owns a shopping plaza comprised of approximately 103,154 rentable square feet, located at 1401 US Highway 17S, Green Cove Springs, Clay County, Florida (hereinafter "Cove Plaza").

Cove Plaza contains 15 tenant spaces/units. As of the Petition Date, the 5 of the 15 spaces are being occupied and rent is being collected. There are two additional sources of rental income at Cove Plaza. There is an ATM company renting outdoor space, as well as an ice vendor who is renting space in the parking lot. The following is a list of tenants and the monthly rent being collected (including sales tax):

| | **Tenant** | **Unit** | **Gross Rent** |
|---|---|---|---|
| (a) | Larry's Giant Subs | 1401 | $1,998.23 |

1

| | | | |
|---|---|---|---|
| (b) | Riggins Roofing | 1409 | $291.49 |
| (c) | Stuckey's Pawn | 1415 | $982.26 |
| (d) | Dept. of Juvenile Justice | 1417-2 | $3,585.11 |
| (e) | Fastenal Company | 1419 | $3,359.80 |
| (f) | Fred's Super Dollar | 1435 | $8,916.97 |
| (g) | Vystar | (ATM) | $0.00 |
| (h) | East Coast Ice | (Lot Rental) | $844.26 |

The total gross monthly rent collected is currently $19,978.11. All tenants are current on their rental obligations.

## II. Location of Debtor's Operations and Whether Leased or Owned

Parker Bros. maintains its corporate office at 905 Westpark Drive, Kissimmee, Florida 34747. The sole asset of Parker Bros. is Cove Plaza, as more specifically defined above.

## III. Reasons for Filing Chapter 11

The Chapter 11 filing comes as a result of various factors, including acceleration of the note and mortgage by the first mortgage holder, Branch Banking & Trust Company ("BB&T"). Despite the fact that the Debtor was current on all mortgage payments to BB&T as of the Petition Date, and despite the fact that BB&T continued to accept payments from the Debtor up until the Petition Date, BB&T failed and refused to extend the maturity date of the subject loan or otherwise modify the terms of the promissory note and mortgage. As an additional factor, the Debtor suffered the loss of the largest tenant at Cove Plaza, which was the Clay County Supervisor of Elections. This loss caused a significant decrease in rental income.

Parker Bros. defaulted under the note and mortgage with BB&T when they failed to pay the loan in full at the maturity date in the approximate amount of $1,800,000.00. Rather than

initiating foreclosure proceedings against the Debtor, they filed an action in the United States District Court for the Middle District of Florida against the Debtor's principals, Robert and Janis Parker, seeking to enforce their personal guarantees of the subject debt. BB&T obtained a final judgment in that case and garnished approximately $484,224.50 in funds belonging to Robert and Janis Parker, as well as funds owned by their three adult children, who have no relationship with BB&T or to the subject loan.

The Debtor purchased Cove Plaza on January 29, 2001. In order to do so, it applied for and received a loan from Colonial Bank, N.A in the amount of $1,700,000.00, which was secured by Cove Plaza. On or about January 29, 2007, the Debtor entered into a First Amended and Restated Loan Agreement with Colonial Bank, N.A., which increased the total loan amount of $2,035,000.00, also secured by Cove Plaza, with a maturity date of January 29, 2012. The Debtor continued to make monthly payments of $15,000.00 to BB&T, the successor in interest to Colonial Bank N.A., even after the maturity date. Such payments were in excess of the required monthly payment under the loan documents of $12,294.79, and were made through and including May 2013. The Debtor has been current on its loan obligations to BB&T, as well as its predecessor-in-interest Colonial Bank, N.A., since the inception of the loan in January 2001. Despite its efforts to negotiate with the bank to work out a loan modification, Parker Bros. and BB&T were not able to reach mutually acceptable terms for a modified loan.

The Debtor remains current with its property taxes and maintains property insurance for Cove Plaza.

BB&T owns and holds the First Mortgage on Cove Plaza, which is owned by Parker Bros. The estimated amount due and owing to BB&T under the First Mortgage is approximately $1,331,433.65. Cove Plaza has a current just market value of approximately $2,640,000.00

according to the Clay County Property Appraiser's Office, and by appraisal of BB&T approximately 12 months prior to filing in the amount of $4,000,000.00.

### IV. List of officers and directors and their salaries and benefits at the time of filing and during the 1 year prior to filing.

Robert owns 50% of the stock in Parker Bros., and his wife, Janis, owns the remaining 50% of stock in the Debtor. Robert is the President of the Debtor and Janis is the Vice President and Secretary of the Debtor. Neither Robert nor Janis receive a salary or benefits from the Debtor entity.

### V. Debtor's Annual Gross Revenues

The Debtor's gross revenues in 2012 were $468,262.00. The Year-To-Date gross revenues for 2013 is $136,806.35 (through May 31, 2013).

### VI. Amounts Owed to Various Classes of Creditors

Parker Bros. owes approximately $1,331,433.65 in secured debt on Cove Plaza, which consists of a first mortgage held by BB&T. Cove Plaza has a current just market value of approximately $2,640,000.00 according to the Clay County Property Appraiser's Office, and by appraisal of BB&T approximately 12 months prior to filing in the amount of $4,000,000.00.

Parker Bros. has a personal injury claim pending by Kathy Bodlak, a resident of Clay County, Florida. She is represented by Morgan & Morgan in Jacksonville, Florida. The estimated amount of the claim is $100,000.00. The Debtor is self-insured with respect to general liability claims.

Additionally, the Debtor is delinquent in payment of sales tax to the Florida Department of Revenue in the approximate amount of $15,000.00 for the month of May, 2013.

### VII. General Description and Approximate Value of the Debtor's Current and Fixed Assets

Parker Bros. owns a shopping plaza comprised of approximately 103,154 rentable square feet, located at 1401 US Highway 17S, Green Cove Springs, Clay County, Florida (hereinafter "Cove Plaza").

Cove Plaza contains 15 tenant spaces/units. As of the Petition Date, the 5 of the 15 spaces are being occupied and rent is being collected. There are two additional sources of rental income at Cove Plaza. There is an ATM company renting outdoor space, as well as an ice vendor who is renting space in the parking lot. The following is a list of tenants and the monthly rent being collected (including sales tax):

|     | **Tenant**              | **Unit**     | **Gross Rent** |
|-----|-------------------------|--------------|----------------|
| (a) | Larry's Giant Subs      | 1401         | $1,998.23      |
| (b) | Riggins Roofing         | 1409         | $291.49        |
| (c) | Stuckey's Pawn          | 1415         | $982.26        |
| (d) | Dept. of Juvenile Justice | 1417-2     | $3,585.11      |
| (e) | Fastenal Company        | 1419         | $3,359.80      |
| (f) | Fred's Super Dollar     | 1435         | $8,916.97      |
| (g) | Vystar                  | (ATM)        | $0.00          |
| (h) | East Coast Ice          | (Lot Rental) | $844.26        |

Cove Plaza has a current just market value of approximately $2,640,000.00 according to the Clay County Property Appraiser's Office, and by appraisal of BB&T approximately 12 months prior to filing in the amount of $4,000,000.00.

### VIII. Number of Employees and Amounts of Wages Owed as of Petition Date

As of the Petition Date, the Debtor has no employees. The Debtor has a contract with a property management company, North Shore Property Management, which operates the daily functions of the Debtor.

### IX. Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date

The Debtor anticipates filing a motion for authority to use cash collateral in order to pay for recurring and periodic expenses associated with the maintenance of Cove Plaza, as well as a motion to establish adequate protection payments to BB&T, and motion to pay utilities. The Debtor will also file an application to retain North Shore Property Management, an application to retain Ron Hochman, CPA and an application to retain the undersigned as counsel for Debtor.

**RESPECTFULLY SUBMITTED** this 27th day of June, 2013.

>    */s/ Aldo G. Bartolone, Jr.*
> **ALDO G. BARTOLONE, JR.**
> Florida Bar No. 173134
> **BARTOLONE LEGAL GROUP P.A.**
> 230 E. Marks Street
> Orlando, Florida 32803
> Telephone: (407) 999-2236
> Facsimile: (407) 999-2237
> E-mail: aldo@bartolonelaw.com
> *Attorneys for Parker Bros., Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Case Summary was served via the CM/ECF system and/or U.S. Mail to Parker Bros., Inc., c/o Robert & Janis Parker, 905 Westpark Drive, Kissimmee, Florida 34747; the Local Rule 1007-2 as shown on the mailing matrix; and the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 27th day of June, 2013.

                                               ___/s/ Aldo G. Bartolone, Jr._____
                                               ALDO G. BARTOLONE, JR.